**FILED - GR**
July 23, 2010 11:04 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __CR__/_____ SCANNED BY ALO / 7-23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBBIN WOLFF,

    Defendant.
_____/

No. **1:10-cr-209**
Hon. **Robert J. Jonker**
**U.S. District Judge**

**FELONY INFORMATION**

The United States Attorney charges:

**COUNT 1**
(Embezzlement and Theft of Labor Union Assets)

From on or about March 3, 2004 to on or about June 16, 2008, in the Southern Division of the Western District of Michigan,

**ROBBIN WOLFF**,

being a person employed, directly and indirectly, by Local 383 of the United Automobile, Aerospace, and Agricultural Workers of America, AFL-CIO (UAW), a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully convert to her own use approximately $200,397.69 of the moneys and funds of such labor organization.

29 U.S.C. § 501(c)
29 U.S.C. § 402(i), (j)

## COUNT 2
(Falsification of Financial Records Required to Be Kept by Labor Union)

1. At all times material to this Information, the United Automobile, Aerospace, and Agricultural Workers of America, AFL-CIO (UAW), was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. From on or about March 3, 2004 to on or about June 16, 2008, in the Southern Division of the Western District of Michigan,

**ROBBIN WOLFF**

did willfully make and cause to be made false entries in records required to be kept by Section 436 of Title 29, United States Code, that is, UAW Local 383 disbursement journals, vouchers, and financial reports, which are records on matters required to be reported in the annual financial report of UAW Local 383 required to be filed with the Secretary of Labor.

29 U.S.C. § 439(c)

DONALD A. DAVIS
United States Attorney

Dated: 7-19-10

*[signature]*
SEAN C. MALTBIE
Assistant United States Attorney